

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| THREE LEGGED MONKEY, L.P., JAMES MICHAEL ARMSTRONG, AND 2700 N. MESA, LLC, | § | No. 08-12-00182-CV |
|  | § | Appeal from |
| Appellants/Cross-Appellees, | § | 327th District Court |
| v. | § | of El Paso County, Texas |
| IRENE BORUNDA, ROBERT BORUNDA, JOHN BILLINGSLEA, AND ANNA NAZARIO, | § | (TC # 2012-DCV00099) |
|  | § |  |
| Appellees/Cross-Appellants. | § |  |

## J U D G M E N T

The Court has considered this cause on joint motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal and cross-appeal with prejudice. We further order costs be assessed against the party incurring same. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF DECEMBER, 2013.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating